IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00742-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

ADAM F. BLASKOWSKI,

    Plaintiff,

v.

[NO NAMED DEFENDATS],

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Adam F. Blaskowski, filed the first page of an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), on March 31, 2016.   (ECF No. 1).   The document indicates that it was originally filed in the United States District Court for the District of Minnesota in Civil Action No. 15-cv-02733-MJD/LIB.   At the top of the document, Mr. Blaskowski has written "I would like to transfer case."   Because Mr. Blaskowski's intentions are not clear, the Court has opened a new civil action.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u> X </u>   is not submitted
(2)   <u>    </u>   is missing affidavit

(3)   _X_   is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)   ___   is missing required financial information
(6)   ___   is signed but not dated by the prisoner
(7)   ___   is not on proper form (must use the Court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   _X_   is missing a signed authorization to allow disbursement of funds from inmate account
(10)  _X_   other: In the alternative, Plaintiff may prepay the $400 filing fee in full.

**Complaint, Petition or Application**:
(11)  _X_   is not submitted
(12)  ___   is not on proper form (must use the Court's current form used in filing a prisoner complaint)
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ____
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   names in caption do not match names in text
(17)  ___   other:

Mr. Blaskowski is reminded that if he wishes to transfer a case filed in the District of Minnesota to the District of Colorado, he must file a motion in his pending Minnesota case. However, if Plaintiff intends to open a new civil action in this Court, he must comply with the directives in this Order. Accordingly, it is

ORDERED that Mr. Blaskowski cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the current Court-approved forms used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. for use in curing deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 31, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge